ANDREA M. MILLER [SBN: 88992]
**NAGELEY, MEREDITH & MILLER, INC.**
8001 Folsom Boulevard, Suite 100
Sacramento, CA  95826
Telephone No:  (916) 386-8282
Facsimile No:   (916) 386-8952

Attorneys for Defendant CONCEPTUS, INC.

JOSEPH P. OSMAN [SBN: 82585]
1380 Lead Hill Blvde., Ste 106
Roseville, CA 95661
Telephone No.:  (916) 774-0273
Facsimile No.:   (916)

Attorney for Plaintiff VANESSA BARRAZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA BARRAZA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JAMES S. DUNN, JR., M.D.; CONCEPTUS, INC.,<br><br>        Defendant. | **Case No.:  2:12-cv-01535-JAM-CKD**<br><br>**STIPULATION AND ORDER TO RESET STATUS REPORT DATE**<br><br>**TRIAL DATE:**  NONE |

The parties to this action, through their counsel of record, do hereby stipulate to an alteration in the date currently set for a Joint Status Report to be filed in this Court in the above captioned matter.  The Status Report is currently due to be filed on August 6, 2012, which is sixty days after the removal of the action from the state court in which it was filed to the Eastern District of California.  This is a mere two (2) days before a scheduled hearing on defendant's Motion to Dismiss the Complaint in its entirety based on the preemption doctrine which may change the scope of any disclosures, require an

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

Amended Complaint, or result in complete dismissal with prejudice.  Thus, in the interests of judicial economy and control of litigation costs, the parties respectfully request that the Status Report filing date be moved until ten (10) court days after the Court's ruling on defendant's Motion to Dismiss.

DATED:  July ___, 2012          **NAGELEY, MEREDITH & MILLER, INC.**

By: /s/_____
     ANDREA M. MILLER
     Attorney For Defendant
     CONCEPTUS, INC.

DATED:  July ___, 2012          By: /s/_____
     JAMES P. OSMAN
     Attorney for Plaintiff
     VAMESSA BARRAZA

### **ORDER**

The Court, having read the foregoing Stipulation of Counsel, and being fully apprised of the facts and circumstances, hereby Orders that the parties' Joint Scheduling Statement shall be filed on or before the 10th date following the Court's ruling on defendant's pending Motion to Dismiss the Complaint, or at such other time as the Court shall direct in its ruling.

DATED:  8/3/2012

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com